**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Manuel David Mora GARCIA** DOB: 1996; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 23-02304MJ |
| Complaint for violation of Title 18, United States Code, §§ 554(a) and 2 and 933(a)(2) and (b) | |

COUNT ONE: On or about December 4, 2023, in the District of Arizona, **Manuel David Mora GARCIA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, twelve (12) AK-47 magazines, and one (1) AK-47 round ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

COUNT TWO: On or about December 4, 2023, in the District of Arizona, **Manuel David Mora GARCIA** did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, and one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code § 554(a), Smuggling Goods from the United States; all in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On December 4, 2023, Special Agents from HSI Nogales were conducting surveillance when they observed an individual later identified as **Manuel David Mora GARCIA** travelling from Nogales, AZ to Phoenix, AZ as a passenger in a white Chevrolet Impala of which he is not the registered owner. During their surveillance of the vehicle, agents observed the vehicle travel to an apartment complex in Phoenix, AZ wherein an individual was seen entering the vehicle. Agents then observed the white Impala travel to another apartment complex where they observed individuals exit the apartment with Century Arms boxes and place the boxes in the trunk of the vehicle.

HSI Nogales Agents followed **GARCIA** and the white Impala back to Nogales, AZ where they observed **GARCIA** attempt to deliver the weapons to a Hispanic male's residence near the border in Nogales, AZ. Agents conducted a consensual encounter with **GARCIA**. Agents obtained consent from the registered owner to search the vehicle and found twelve rifles and twelve magazines in the trunk of the car. Further inspection of the rifles revealed that nine of the twelve rifles had their serial numbers obliterated. Agents also found one 7.62x39 round ammunition.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY AUSA R. Arellano  RAQUEL ARELLANO (Digitally signed by RAQUEL ARELLANO Date: 2023.12.06 10:09:13 -07'00') | SIGNATURE OF COMPLAINANT ELIZABETH M GUGGISBERG (Digitally signed by ELIZABETH M GUGGISBERG Date: 2023.12.06 08:56:59 -07'00') |
|---|---|
| | OFFICIAL TITLE HSI Special Agent Liz Guggisberg |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE December 6, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

23-02304MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

Specifically, the agents found the following: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, and one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, twelve (12) AK-47 magazines, and one (1) 7.62x39 round ammunition.

In a post-*Miranda* statement, **GARCIA** initially stated he had been picked up in Phoenix, instead of Nogales. **GARCIA** later corrected himself and acknowledged he had been picked up in Nogales, AZ. Additionally, **GARCIA** initially stated he was in the car, but had not paid any attention, and did not know who had placed something in the car, or what had been placed in the car. **GARCIA** later admitted that he had coordinated the procurement and transfer of weapons on behalf of an individual named "Javi." **GARCIA** gave written consent to search his phone. In **GARCIA's** phone were WhatsApp conservations between him and "Javi" with text and audio messages discussing the pick-up, transfer, and storage of weapons and their destination to Mexico. The discussions included that it would be too late to cross them today, but they would be picked up from a house in Nogales, AZ the following day and crossed into Mexico. The words "cortas," "largas," and "cuernos" were used which are slang for pistols, rifles, and AK-47's in Spanish. **GARCIA** admitted he does not have a license to export or sell weapons.

An ATF interstate nexus expert performed a preliminary interstate nexus query and determined that the twelve (12) rifles found in the vehicle **GARCIA** was a passenger in were not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

The firearms and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **GARCIA** does not possess a license to export weapons or magazines into Mexico.

(Photographs on next page.)

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**



