GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

CR24-00041 TUC-RCC(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Manuel David Mora Garcia,<br><br>  Defendant. | **I N D I C T M E N T**<br><br>VIOLATIONS:<br><br>**18 U.S.C. § 554(a)**<br>(Attempted Smuggling of Goods from the United States)<br>**Count 1**<br><br>**18 U.S.C. §§ 933(a)(2) and (b)**<br>(Trafficking in Firearms)<br>**Count 2**<br><br>**18 U.S.C. § 922(g)(5)(B)**<br>(Receipt of Firearms by Alien)<br>**Count 3**<br><br>**18 U.S.C. §§ 924(d), 934(a); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)**<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 4, 2023, in the District of Arizona, MANUEL DAVID MORA GARCIA, knowingly attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article, or object, that is: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles,

one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, twelve (12) AK-47 magazines, and one (1) 7.62x39mm caliber round ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about December 4, 2023, in the District of Arizona, MANUEL DAVID MORA GARCIA, did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, and one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Smuggling Goods from the United States in violation of Title 18, United States Code Section 554(a), or did attempt or conspire to do so; all in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

## COUNT 3

On or about December 4, 2023, in the District of Arizona, MANUEL DAVID MORA GARCIA, knowing that he was a non-immigrant alien, who except as provided in in subsection (y)(22), had been admitted into the United States under a non-immigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. § 1101(a)(26)), in that he entered the United States with a B1/B2 VISA/Border Crossing Card, did knowingly receive firearms which had been shipped and transported in interstate commerce, to wit: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, and one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle; all in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of Counts One or Two of the Indictment, the defendant, MANUEL DAVID MORA GARCIA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 50, United States Code, Section 4819(d)(1)(C), any firearms and ammunition involved in the commission of the offense and any property constituting an item that is intended to be exported in violation of the offense, including, but not limited to: seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, twelve (12) AK-47 magazines, and one (1) 7.62x39mm caliber round ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///
///
///
///
///
///
///
///
///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: January 3, 2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

KEVIN D. SCHIFF
Assistant U.S. Attorney