GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
State Bar No. 024193
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 24-00041-TUC-RCC (JR) |
| Plaintiff, | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| v. | |
| Manuel David Mora Garcia, | |
| Defendant. | |

The United States of America hereby gives notice that on March 19, 2024, the Department of Homeland Security, U.S. Customs and Border Protection administratively forfeited seven (7) Century Arms AK-47 variant 7.62x39 rifles, four (4) Pioneer Arms AK-47 variant 7.62x39 rifles, one (1) Riley Defense, Inc. AK-47 variant 7.62x39 rifle, twelve (12) AK-47 magazines, and one (1) 7.62x39mm caliber round ammunition, which were included in the Forfeiture Allegation of the defendant's Indictment.

Therefore, the government will not pursue criminal forfeiture against the assets listed in this notice.

DATED this 19th day of March, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Kevin Schiff*

KEVIN D. SCHIFF
Assistant U.S. Attorney